**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAUL SANCHEZ, | ) | No. CV 09-1448-JSL(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA SANDERS (Warden), | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, for lack of jurisdiction.

DATED: Jan. 11, 2010

Spencer Letts

_____
J. SPENCER LETTS
Senior United States District Judge